IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>                         Plaintiff,         )<br>                                                            )<br>v.                                                        )          Case No.  4:10CR3034<br>                                                            )<br>RICHARD REISBECK,                        )<br>                                                            )<br>                         Defendant.    ) | |

### ORDER

THIS MATTER comes before the Court on Reisbeck's Request to File A Restricted Motion, filing 58. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Reisbeck's Variance Brief restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 23rd day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge