IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:10CR3034 |
| | ) | |
| RICHARD E. REISBECK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Reisbeck's Unopposed Motion to Continue Sentencing Hearing, filing 70.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Reisbeck's sentencing hearing shall be continued until the 3rd day of February, 2012, at 12:00 noon, before the Honorable Richard G. Kopf.  Mr. Reisbeck is ordered to appear at said time.

DATED this 29th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge