IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD REISBECK, )<br>)<br>Defendant. ) | Case No. 4:10CR3034 |

### ORDER

THIS MATTER comes before the Court on Reisbeck's Request to File A Restricted Motion, filing 69.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Reisbeck's Unopposed Motion to Continue Sentencing Hearing restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 29th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge